1
2
3
4
5
6
7
8

# JS-6

9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20

| PERLA MAGENO, an individual, | Case No. 8:20-cv-01102-JLS-DFM |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| SUNMERRY CALIFORNIA INC., a California corporation; and DOES 1-10, inclusive | |
| Defendant. | |

21
22
23
24
25
26
27
28

1

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Perla Mageno ("Plaintiff") and Sunmerry California, Inc. ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 16, 2020

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE